**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**LEON CHARLES LAURAY,**

    **Plaintiff**,

    v.

**CHAD ABELL, an individual,
HAILEY CO. INCORPORATED, a
Georgia Corporation, SILVER INK, INC.,
a Georgia Corporation,**

    **Defendants**.          CASE NO.   3:05-cv-00274-JHM-MMH
_____/

## ORDER

Before the Court is Defendants' Motion to Dismiss Amended Complaint (Dkt. 23) or alternatively, a Motion for More Definite Statement (Dkt. 24) and Motion to Strike (Dkt. 25). Defendants' Motions were in response to Plaintiff's Amended Complaint, which was drafted by Plaintiff while he was proceeding *pro se*. However, on June 2, 2005, Judge Howard entered an Order granting Plaintiff's Motion for Appointment of Counsel (Dkt. 27). After the appointment of counsel, Plaintiff filed a Verified Second Amended Complaint with the Court (Dkt. 31).

Upon due consideration, the Court finds that Plaintiff's Verified Second Amended Complaint (Dkt. 31) renders Defendants' Motions (Dkts. 23-25) moot.

Accordingly, it is **ORDERED**:

1. Defendants' Motion to Dismiss Amended Complaint (Dkt. 23), or alternatively, Defendants' Motion for More Definite Statement (Dkt. 24) and Motion to Strike (Dkt. 25) are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this _5___ day of July, 2005.

**Copies to:**   Counsel of Record

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge